**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed December 31, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00946-CR

### IN RE WILBERT ALFONSO SMILEY, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**182nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 683509**

## M E M O R A N D U M   O P I N I O N

Relator Wilbert Alfonso Smiley filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the court reporter for the 182nd District Court to furnish him "a complete and accurate copy of the statement of facts which are [sic] maintained in the above-styled and numbered cause . . . ."

Section 22.221(b) of the Texas Government Code identifies the people against whom we may issue a writ of mandamus. *See* Tex. Gov't Code Ann. § 22.221(b). Court reporters are not expressly included in the list, and a court of appeals lacks

mandamus jurisdiction over a court reporter except where necessary to protect our jurisdiction in a pending proceeding. *See id.* § 22.221(a); *Lesikar v. Anthony*, 750 S.W.2d 338, 339 (Tex. App.—Houston [1st Dist.] 1988, no writ). Appellant's direct appeal was concluded in 1998, and there exists no other pending proceeding over which the requested relief would be necessary to protect our jurisdiction.

Therefore, we dismiss the petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.

Do Not Publish — Tex. R. App. P. 47.2(b).